B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>R. Sam Hopkins, Trustee | **DEFENDANTS**<br>CARVANA, LLC, an Arizona limited liability company |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Spinner, Wood & Smith, PO Box 6009, Pocatello, ID 83205<br>(208)232-4471 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☒ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Complaint to Avoid Liens ||

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☒ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et. seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought ||

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>JOSEPH ADAM ZIEGLER and LOLITA MAE ZIEGLER | BANKRUPTCY CASE NO.<br>21-40587-JMM | |
| DISTRICT IN WHICH CASE IS PENDING<br>Idaho | DIVISION OFFICE<br>Pocatello | NAME OF JUDGE<br>Joseph M. Meier |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Thomas D. Smith | | |
| DATE<br>12/6/2021 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Thomas D. Smith | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
Email: tom@pocatello-law.com

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: | Case No. 21-40587-JMM |
| JOSEPH ADAM ZIEGLER, and LOLITA MAE ZIEGLER, | Chapter 7 |
| Debtors. | |
| R. SAM HOPKINS, TRUSTEE, | Adversary Case No. |
| Plaintiff, | |
| vs. | |
| CARVANA, LLC, an Arizona limited liability company, | |
| Defendant. | |

**COMPLAINT**

COMES NOW the Plaintiff, R. Sam Hopkins, Trustee, by and through his attorneys, for a claim of relief and alleges as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 USC §§ 157 and 1334, and pursuant to the rules of this Court and the United States District Court for the District of Idaho.

COMPLAINT - 1

2. Venue is proper pursuant to 28 USC § 1409(a).

3. This is a core proceeding pursuant to 28 USC § 157(b)(2)(F).

4. On October 8, 2021, the Debtors, Joseph Adam Ziegler and Lolita Mae Ziegler, filed a petition to initiate a chapter 7 bankruptcy proceeding, Case No. 21-40587-JMM. This action arises under Title 11 of the United States Code, and arises out of and is related to the pending bankruptcy proceeding.

5. The Plaintiff is the duly appointed and acting Trustee of the bankruptcy estate.

6. The Defendant, Carvana, LLC, is an Arizona limited liability company registered with the Idaho Secretary of State to conduct business in Idaho.

7. The Plaintiff consents to the Court's jurisdiction to decide this matter.

8. The Plaintiff has been required to retain counsel to pursue this action and is incurring reasonable costs and attorneys' fees.

COUNT ONE
**Lien Avoidance Under 11 U.S.C. § 547(b) – Toyota Prius**

9. Paragraphs 1 through 8 are incorporated as if set forth fully in this Count.

10. On August 12, 2021, Joseph Ziegler purchased and took possession of a 2015 Toyota Prius (VIN JTDKN3DUXF1908726) ("Toyota") from the Defendant. The sale was financed by the Defendant. A copy of the purchase agreement for the Toyota is attached as Exhibit A.

11. On September 13, 2021, an application for a certificate of title for the Toyota was filed with the Idaho Transportation Department ("ITD"). ITD issued a certificate of title for the Toyota on the same date which lists Joseph Ziegler as the owner and the Defendant as a lienholder. A copy of the ITD title record and the application for a certificate of title for the Toyota are attached as Exhibit B.

COMPLAINT - 2

12. Pursuant to Idaho Code § 49-510(2), the Defendant's lien on the Toyota was perfected on September 13, 2021, when the application for a new certificate of title was filed with ITD. Pursuant to 11 U.S.C. § 547(e)(2)(B), the transfer occurred on the same date because the lien was perfected more than thirty days after Joseph Ziegler took possession of the Toyota.

13. Pursuant to 11 U.S.C. § 547(f), the Debtors were presumed to be insolvent on September 13, 2021.

14. The issuance of the certificate of title to perfect the Defendant's lien on the Toyota was (1) a transfer of the Debtors' interest in property, (2) for the benefit of a creditor, the Defendant, (3) on account of an antecedent debt owed by the Debtors before the transfer was made, (4) while the Debtors were insolvent, (5) made within ninety days from when the Debtors filed their bankruptcy petition, and (6) that enables the Defendant to receive more than it would receive in a distribution under chapter 7 of the Bankruptcy Code had the transfer not been made.

15. The Plaintiff exercised reasonable due diligence to take into account the Defendant's known or reasonably knowable affirmative defenses under 11 U.S.C. § 547(c). The Defendant cannot claim the defense provided under 11 U.S.C. § 547(c)(3) because its lien was perfected more than thirty days after Joseph Ziegler took possession of the Toyota. Additionally, on November 18, 2021, the Plaintiff's counsel mailed a letter to the Defendant that discusses the preference claim and asks the Defendant to contact him to discuss how to resolve this matter.

16. The Plaintiff may avoid the Defendant's lien on the Toyota pursuant to 11 U.S.C. § 547(b) as a preferential transfer.

COMPLAINT - 3

COUNT TWO
Lien Avoidance Under 11 U.S.C. § 547(b) – Jeep Cherokee

17. Paragraphs 1 through 16 are incorporated as if set forth fully in this Count.

18. On August 13, 2021, Lolita Ziegler purchased and took possession of a 2016 Jeep Cherokee (VIN 1C4PJMDS9GW164451) from the Defendant. The sale was financed by the Defendant. A copy of the purchase agreement for the Jeep is attached as Exhibit C.

19. On September 29, 2021, an application for a certificate of title for the Jeep was filed with ITD. ITD issued a certificate of title for the Jeep on the same date which lists Lolita Ziegler as the owner and the Defendant as a lienholder. A copy of the ITD title record and the application for a certificate of title for the Jeep are attached as Exhibit D.

20. Pursuant to Idaho Code § 49-510(2), the Defendant's lien on the Jeep was perfected on September 29, 2021, when the application for a new certificate of title was filed with ITD. Pursuant to 11 U.S.C. § 547(e)(2)(B), the transfer occurred on the same date because the lien was perfected more than thirty days after Lolita Ziegler took possession of the Jeep.

21. Pursuant to 11 U.S.C. § 547(f), the Debtors were presumed to be insolvent on September 29, 2021.

22. The issuance of the certificate of title to perfect the Defendant's lien on the Jeep was (1) a transfer of the Debtors' interest in property, (2) for the benefit of a creditor, the Defendant, (3) on account of an antecedent debt owed by the Debtors before the transfer was made, (4) while the Debtors were insolvent, (5) made within ninety days from when the Debtors filed their bankruptcy petition, and (6) that enables the Defendant to receive more than it would receive in a distribution under chapter 7 of the Bankruptcy Code had the transfer not been made.

COMPLAINT - 4

23. The Plaintiff exercised reasonable due diligence to take into account the Defendant's known or reasonably knowable affirmative defenses under 11 U.S.C. § 547(c). The Defendant cannot claim the defense provided under 11 U.S.C. § 547(c)(3) because its lien was perfected more than thirty days after Lolita Ziegler took possession of the Jeep. Additionally, on November 18, 2021, the Plaintiff's counsel mailed a letter to the Defendant that discusses the preference claim and asks the Defendant to contact him to discuss how to resolve this matter.

24. The Plaintiff may avoid the Defendant's lien on the Jeep pursuant to 11 U.S.C. § 547(b) as a preferential transfer.

WHEREFORE, the Plaintiff prays for relief from the Court as follows:

1. That the Court enter a judgment avoiding the Defendant's lien on the Toyota as set forth in Count One.

2. That the Court enter a judgment avoiding the Defendant's lien on the Jeep as set forth in Count Two.

3. For judgment against the Defendant for the Plaintiff's court costs and reasonable attorneys' fees incurred in this proceeding if it is contested. If this matter is not contested, then the Plaintiff does not intend to seek costs and reasonable attorneys' fees from the Defendant.

4. For such other and further relief as to the Court seems just and equitable.

DATED December 6, 2020.

SPINNER, WOOD & SMITH

By:/s/ _____
Thomas D. Smith

COMPLAINT - 5

## Retail Purchase Agreement
## – Georgia –

| BUYER | Joseph A Ziegler | | | | |
|---|---|---|---|---|---|
| ADDRESS LINE 1 | 6799 E PANORAMA DR | | | | |
| ADDRESS LINE 2 | | | | | |
| CITY, STATE, ZIP | IDAHO FALLS ID 83401-5825 | | | | |
| PHONE(S) | RES. ▓▓▓▓ | | BUS. | | |

| VEHICLE BEING PURCHASED | | | | | |
|---|---|---|---|---|---|
| Year 2015 | Make Toyota | Model Prius | | | Body Hatchback |
| Lic. Plate # | License Tab # | Expires | Mileage 91487 | | Color Black |
| VIN # JTDKN3DUXF1908726 | | | | | |

Dealership provides an express limited warranty. Buyer has a copy of the limited warranty agreement. No other express or implied warranties are made by the Dealership and there will be no implied warranties of merchantability or fitness for a particular purpose unless required by applicable law. Seller does not have to make any repairs on this vehicle, except as required under the limited warranty and applicable state law. Buyer(s) may also have other rights that vary from state to state.

Buyer(s) ("you") and Dealership ("we") agree that this Retail Purchase Agreement (this "Agreement") is governed by federal law and the law of the state of the Dealership Address listed above. We are agreeing to sell to you and you are agreeing to buy from us the Vehicle at our licensed dealership location shown above, subject to the terms and conditions of this Agreement. We agree to transfer to you and you agree to accept title and ownership of the Vehicle in the state of the Dealership Address listed above. When we transfer title and ownership of the Vehicle to you, you may take delivery of the Vehicle from us at our licensed dealership location shown above or you may make arrangements with us to have the Vehicle transported to another mutually agreed-upon location for your pick-up.

| TRADE IN VEHICLE #1 | | | | |
|---|---|---|---|---|
| Year N/A | Make N/A | Model N/A | | Body N/A |
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |
| VIN # N/A | | | | |

| TRADE IN VEHICLE #2 | | | | |
|---|---|---|---|---|
| Year N/A | Make N/A | Model N/A | | Body N/A |
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |
| VIN # N/A | | | | |

_____JZ_____ Buyer's Initials

Date 08/12/2021     Phone 1-800-333-4554
Dealership CARVANA, LLC
Address 63 PIERCE RD
City, State, Zip WINDER, GA 30680-7280
Stock Number 2001172917

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

LA INFORMACION QUE VE ADHERIDA EN LA VENTANILLA FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN ELLA PREVALECE POR SOBRE TODA OTRA DISPOSICION INCLUIDA EN EL CONTRATO DE COMPRAVENTA.

| | | |
|---|---|---|
| 1 | Selling price | $16,590.00 |
| 1a | ID Registration Fee | $61.75 |
| 1b | Plate Fee | $7.50 |
| 1c | Title Fee | $14.00 |
| 1d | Emergency Medical Services Fee | $1.25 |
| 1e | State Police Fee | $3.00 |
| 1f | County Admin & Mail Fee | $10.00 |
| 1g | Inspection Fee | $5.00 |
| 1h | Plug-In Hybrid Vehicle Fee | $75.00 |
| 2 | Delivery Fees | $599.00 |
| 3 | **Sales Tax** (Selling Price + Delivery Fee + Fees + Taxes) | **$995.40** |
| 3a | Idaho State Tax | $995.40 |
| 4 | Subtotal (Selling Price + Delivery Fee + Fees + Taxes) | $18,361.90 |
| 5 | Cash Down Payment | $300.00 |
| 6 | Total Down Payment (Cash Down Payment) | $300.00 |
| 7 | Balance Due (Subtotal - Total Down Payment) | $18,061.90 |
| | **TOTAL BALANCE DUE** (BALANCE DUE + TRADE-IN BALANCE) | **$18,061.90** |

**FINANCE CHARGE**
The dollar amount the credit will cost you
$ 17,002.54
If financed, interest charged on the principal amount. See Retail Installment Contract for more information.

*For GA customers, this value is TAVT. For customers outside of GA, this value is the sales tax due at registration.

C100GA (08/12/2021)     Page 1 of 3

EXHIBIT A - 1

> **NOTICE TO THE BUYER(S):** THE PAYOFF BALANCE REFERRED TO IN ESTIMATED PAY-OFF AND THE FEES REFERRED TO IN THE ABOVE LINE ITEMS ARE ESTIMATES. AT THE TIME THE BALANCES AND FEES ARE VERIFIED AND CONTRACT DETERMINED, APPROPRIATE ADJUSTMENTS, IF NECESSARY, WILL BE MADE. ANY DIFFERENCE IN THE PAYOFF AMOUNT IS THE RESPONSIBILITY OF THE BUYER(S).

Carvana Vehicle Return Program

We will give you the ability to return the Vehicle to Carvana and terminate this retail purchase agreement and any retail installment contract executed in connection herewith so long as:

1. You have not returned, exchanged, or swapped more than two (2) prior Vehicles to Carvana in connection with any Retail Purchase Agreements or Retail Installment Contracts associated with this transaction.
    i. If you have returned, exchanged, or swapped two (2) prior Vehicles in connection with this transaction, you will be given a one-time opportunity to decline or accept the third and final Vehicle either during the delivery or pick-up appointment unless otherwise approved by Carvana.

2. You alert Carvana by phone, text, email, or chat prior to 8pm EST on the 7th calendar day after you take delivery of the Vehicle. The day your Vehicle is delivered, regardless of delivery time, will count as the first day of your seven (7) day test own;

3. You return the Vehicle in one of two ways:
    i. Within a Carvana service area: you make the Vehicle available for pick up by a Carvana representative at a predetermined time and location the following business day. Cost of pickup will be paid by Carvana. Service area is designated by zip code and subject to change without prior notice.
    ii. Outside of a Carvana service area: Carvana will arrange for transport of the Vehicle. The cost will be paid by you. Service area is designated by zip code and subject to change without prior notice.

4. The Vehicle is free of all liens and encumbrances other than the lien created in your favor by any applicable retail installment contract executed between you and Carvana;

5. The Vehicle is in the same condition you received it except for reasonable wear and tear (evidence of smoking in the Vehicle during the 7 Day Test Own is not considered reasonable wear and tear) and any mechanical problem that becomes evident after delivery that was not caused by you;

6. You have not driven it more than 400 miles;

7. The Vehicle is without damage or having been in an accident that occurred after you took delivery of the Vehicle;

8. If the Vehicle is driven more than 400 miles, at Carvana's election you will pay $1.00 per mile for each mile the Vehicle was driven over 400 miles. If you return your Vehicle and had traded in a vehicle to us, we will return your trade to you only after you have paid all fees required for the return of the Vehicle. Required fees may not be paid by personal check. Required fees will be deducted from your down payment refund. If you paid your down payment via ACH transaction, we will pay you and/ or return your trade in by the earlier of (a) when you provide evidence that the ACH transaction was cleared, or (b) 15 business days after your purchase of the Vehicle. So long as you meet all conditions for return of the Vehicle outlined above, Carvana will not report this account to the credit bureaus.

9. Any Trade-In vehicles with current liens which are involved in this transaction will be paid off once sale is complete and after the test own period ends. You should continue to make payments on liens if payment is due within your test own period. The lien holder of the Trade-In vehicle will reimburse you for any over-payment after the transaction is complete.

**Trade in Representation and Warranty:** You represent and warrant that the trade-in described in the Buyer's order/Purchase Agreement, if any, has not been misrepresented and air pollution equipment is on the trade-in and is working, you will provide to us a Certificate of Title (or documents that allow us to obtain it), free of any lien(s) or encumbrance(s), (i.e. titling issues, child support or amounts due to government titling or registration agency,) and you have the right to sell the trade-in.

General: At time of delivery, or at any time during your 7 Day Test Own period, you may reject your vehicle and terminate your vehicle financing and purchase for any reason.

In certain states, dealers may not place any insignia that advertises the dealer's name on a vehicle unless the Buyer consents thereto in the purchase contract for such vehicle. Unless Buyer notifies dealer otherwise in writing, Buyer hereby expressly consents to the placement of Carvana's name on the vehicle's license plate cover. Buyer expressly waives any compensation for the placement of dealer's name on the vehicle.

**Default:** You will be in default if any of the following occurs (except as may be prohibited by law): 1. You gave us false or misleading information on carvana.com or on the telephone, via email or text message, in person, or any other communication medium in connection with the purchase of the Vehicle relating to this Agreement; 2. If we cannot verify any information that you have provided us; 3. If we discover a material adverse change in any information you provided us during our review process; 4. If you do not cooperate in the verification and review process described below; 5. You fail to keep any other agreement or promise you made in this Agreement and/or any retail installment contract executed in connection herewith.

**Assignment:** You may not assign your rights under this Agreement and/or any retail installment contract executed in connection herewith without our permission.

**After-sale Review and Verification Process:** The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You agree to cooperate with the after-sale review and verification process.

**Limitation on Damages:** Unless prohibited by law, you shall not be entitled to recover from us any consequential, incidental or punitive damages, damages to property or damages for loss of use, loss of time, loss of profits, or income or any other similar damages. We are not liable for any failure or delay in delivering the vehicle to you if it is beyond our control, not our fault or we are not negligent.

**References:** To the extent you are financing your purchase with us, we may contact your employer or your references to verify the information you provided to us in connection with this Agreement.

**Odometer (mileage):** Each of your and our representations regarding odometer readings are subject to information provided by others, including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

**Disclosure on Airbags:** We disclaim any knowledge of, and make no representation or warranty as to the condition or operability of the airbag(s) on the vehicle unless otherwise disclosed to you on the Carfax Vehicle History Report. You acknowledge that we have not made any representations, oral or in writing, as to the condition or operability of the airbag(s), and you accept the vehicle without representation or warranty from us. You further acknowledge that you had the opportunity to have the airbag(s) checked by someone of your choice prior to the expiration of your 7 Day Test Own Period.

**Liability Insurance:** You understand that state law requires you to purchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Agreement. Your choice of insurance providers will not affect our decision to sell you the vehicle.

**Record Retention:** You agree that we may maintain documents and records related to the vehicle and the Agreement electronically, including, but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding related to the vehicle.

**Arbitration Agreement:** The arbitration agreement entered into between you and Dealer is incorporated by reference into and is part of this Agreement.

**NOTICE:** Carvana, LLC allows you to finance applicable sales/use taxes assessed on ancillary products (vehicle service contract, GPS, GAP Coverage). Whether you finance your vehicle purchase or pay cash, if your vehicle is registered in the state where you purchased your vehicle, Carvana will remit the applicable sales/use tax on ancillary products to that state on your behalf. Unless required by state law, if your vehicle is registered in a state that is not the state where you purchased the vehicle, Carvana will not collect or remit to the state of vehicle registration any applicable sales/use tax on ancillary products on your behalf unless you live in Kansas, Louisiana, or Pennsylvania.

Buyer acknowledges receipt of a copy of this Agreement. This agreement supersedes any oral agreements or understandings. The agreement cannot be modified except by a written agreement signed by all of the parties. This agreement is not binding until accepted by an authorized representative of Carvana.

Buyer _____*Joseph Ziegler*_____
Joseph A Ziegler

Accepted By _____
Carvana

Page 3 of 3

EXHIBIT A - 3



**Your Safety • Your Mobility
Your Economic Opportunity**

**IDAHO TRANSPORTATION DEPARTMENT**
P.O. Box 7129 • Boise ID 83707-1129
(208) 334-8000 • itd.idaho.gov

**POCATELLO LAW**  
1335 E CENTER ST  
POCATELLO              ID    83201-4737

November 17, 2021

## MOTOR VEHICLE RECORD

RE: Current Title

This is the motor vehicle record you requested. If you need further information, please contact the Idaho Transportation Department, Motor Vehicle Records desk, at (208) 334-8663 or DMVHelp@itd.idaho.gov.

### Owner Information

| Owners | Conjunction | Address |
|---|---|---|
| JOSEPH ADAM ZIEGLER | | 6799 E PANORAMA DR , IDAHO FALLS, ID, 83401-5825 |
| | | |
| | | |

### Title Information

| TITLE NUMBER | TITLE STATUS | ISSUE DATE | PRINTED DATE | APPLICATION DATE |
|---|---|---|---|---|
| 210706138 | ISSUED | 09/13/2021 | | 09/13/2021 |
| PRIMARY LIENHOLDER NAME | | ADDRESS | | |
| CARVANA LLC | | NOT ON FILE | | |
| OTHER LIENHOLDERS | NO | ,BOISE ,ID ,83703 | | |

### Vehicle Information

| VIN 1 | VIN 2 | VIN 3 |
|---|---|---|
| JTDKN3DUXF1908726 | | |

| YEAR | MAKE | MODEL | BODY | COLOR | BRAND |
|---|---|---|---|---|---|
| 2015 | TOYT | PRIUS | HB | BLACK | |

| WEIGHT | LENGTH | WIDTH | ODOMETER | ODOMETER STATUS | ODOMETER DATE |
|---|---|---|---|---|---|
| 3042 | | | 91487 | ACTUAL | |
| RELEASE OF LIABILITY | | | NO | TAX PAID | YES |

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and vehicle records to unauthorized parties, without express written consent of the individual to whom the information pertains to. As an authorized requester, you may receive this information, but you may not release or resell it.

MVR Title                                              1\1                                              EXHIBIT B - 1



**MOTOR VEHICLE COPY**

IDAHO TRANSPORTATION DEPARTMENT
VEHICLE SERVICES
P.O. BOX 7129
BOISE, ID 83707-1129
ITD 3339(3) (Rev. 05-16)

JTDKN3DUXF1908726

## APPLICATION FOR CERTIFICATE OF TITLE

**APPLICANT SIGNATURE**

I, the undersigned, certify that the vehicle/vessel described below is owned by me, and this vehicle/vessel will not be the subject of lien prior to receipt of the title unless indicated below. I further certify under penalty of law that all information contained herein is true and correct to the best of my knowledge and belief (I.C. 49-518). I hereby make application for a certificate of title for said vehicle/vessel, and authorize the new title to be issued in the name(s) shown in section 2. If I am applying for a duplicate title, it is because the original has been lost unless otherwise indicated:

The signature below is my true and legal signature.

x  See application

☐ Illegible  ☐ Mutilated (Please Attach)

Daytime Phone#
Email:

### THIS IS NOT A CERTIFICATE OF TITLE

Type of Application: Idaho Title - OOS Dealer
Application Date: 09/13/2021

**Section 1 Vehicle/Vessel Description**

| Title Number | Vehicle/Hull Identification Number |
|---|---|
|  | JTDKN3DUXF1908726 |

| Previous State Title Number | Vehicle/Hull Identification Number |
|---|---|
| A004977630 |  |

| Year | Make | Body Type | Model |
|---|---|---|---|
| 2015 | TOYT | HB | PRI |

| Weight | Length | Color Top / Bottom | Fuel Type |
|---|---|---|---|
| 3042 |  | BLACK | Electric and Gas Hybrid |

| Width | Hull | Horsepower | Propulsion |
|---|---|---|---|

| Odometer Reading | Odometer Status | Odometer Reading Date |
|---|---|---|
| 91487 | Actual | 08/12/2021 |

**Section 4 Agency and Sales Tax Information**

| Dealer Number | Seller's Permit Number | Agency Type |
|---|---|---|
|  |  | County |

| Tax Exemption | Purchase Date |
|---|---|
|  | 08/12/2021 |

| | |
|---|---|
| Gross Sales Price | $16590.00 |
| Trade - In Allowance | $0.00 |
| Net Sales Price | $16590.00 |
| Tax Collected | $0.00 |
| Tax Due | $995.40 |

| Trade In | Year | Make | Model |
|---|---|---|---|

Other Tax Information

| Agency Name | Dealer Control# |
|---|---|
| BONNEVILLE VEHICLE |  |

I have witnessed the signature(s) of the person(s) signing this application.

x

| Branding State | Brand | Brand Date | Expiration Date |
|---|---|---|---|

**Section 2 Purchaser - Owner**

Purchaser - Owner Name and Address
JOSEPH ADAM ZIEGLER

Physical Address:
6799 E PANORAMA DR
IDAHO FALLS
ID 83401-5825

Mailing Address:

| Fees Paid | Amount |
|---|---|
| TITLE ISSUANCE GROUP | $0.00 |
| COUNTY TITLE FEE (CEF) | $3.00 |
| TITLE ISSUANCE (SHA) | $11.00 |
| SALES TAX | $995.40 |
| Total | $1009.40 |

**Section 3 LienHolder**

Primary Lien Holder
CARVANA LLC
PO BOX 29002
PHOENIX
AZ 85038-9002
Recorded Date: 08/12/2021

Secondary Lien Holder

Recorded Date:

FORM 1338

Li - Wi

EXHIBIT B - 2

# Application for Certificate of Title
## Idaho Transportation Department

ITD 3337 (Rev 03-16)
itd.idaho.gov

Before starting form, see instructions on Page 2.

### Section 1 — Vehicle/Vessel Description

- Previous Idaho Title Number: 
- 1st Vehicle or Hull Identification Number (VIN or HIN): **JTDKN3DUXF1908726**
- 2nd VIN if Assigned:
- Year: **2015**
- Make: **Toyota**
- Body Type: **Hatchback**
- Model: **Prius**
- Description:
- Color (Primary/Secondary): **Black**
- Fuel Type: **Hybrid**
- Wheel Base:
- Weight:
- Length:
- Width:
- Hull Material:
- Horsepower:
- Propulsion:
- Odometer Reading (no tenths): **91487** ☒ Mi  ☐ Km
- Odometer Status: ☒ Actual  ☐ Not Actual  ☐ Exempt  ☐ In Excess  ☐ No Device
- Reading Date: 8/12/21
- Previous State:
- Previous State Brand: ☐ Rebuilt Salvage  ☐ Reconstruct  ☐ Repaired  ☐ Other
- Previous State Title No.:

### Section 2 — Purchaser–Owner

- Owner #1 Full Legal Name: **Ziegler, Joseph A**
- Owner's Legal Physical Address: **6799 E Panorama Dr**
- City: **Idaho Falls**
- State: **ID**
- Zip+4: **83401**

### Section 3 — Lienholder

- Primary Lienholder Name: **Carvana, LLC**
- Mailing Address: **PO Box 29002**
- City: **Phoenix**
- State: **AZ**
- Zip+4: **85038-9002**

### Section 4 — Sale Information

- Purchase Date: 8/12/2021
- Gross Sales Price: **$16,590.00**
- Net Idaho Sales Tax Due: **$995.40**

### Section 5 — Agency/Dealer

- Agency/Dealer Name: **Carvana, LLC**
- Authorized Representative's Name Printed: **Cloryssa Graeve**
- Agency/Dealer Address: **63 Pierce Rd**
- City: **Winder**
- State: **GA**
- Zip: **30680**
- Authorized Signature: X [signature]
- Date: **8/12/21**

### Section 6 — Fees Paid

- ☐ Title Fee: $14.00

### Section 7 — Signature(s)

- Applicant's Signature: X [signature]
- Date: **8/12/2021**

Page 1 of 2

EXHIBIT B - 3

## Retail Purchase Agreement
### – Ohio –

| BUYER | Lolita Mae Ziegler | | |
|---|---|---|---|
| ADDRESS LINE 1 | 6799 E PANORAMA DR | | |
| ADDRESS LINE 2 | | | |
| CITY, STATE, ZIP | IDAHO FALLS ID 83401-5825 | | |
| PHONE(S) | RES. ███ | BUS. | |

| VEHICLE BEING PURCHASED | | | |
|---|---|---|---|
| Year 2016 | Make Jeep | Model Cherokee | Body Sport Utility |
| Lic. Plate # | License Tab # | Expires | Mileage 96979 | Color White |
| VIN # 1C4PJMDS9GW164451 | | | |

Dealership provides an express limited warranty. Buyer has a copy of the limited warranty agreement. No other express or implied warranties are made by the Dealership and there will be no implied warranties of merchantability or fitness for a particular purpose unless required by applicable law. Seller does not have to make any repairs on this vehicle, except as required under the limited warranty and applicable state law. Buyer(s) may also have other rights that vary from state to state.

Buyer(s) ("you") and Dealership ("we") agree that this Retail Purchase Agreement (this "Agreement") is governed by federal law and the law of the state of the Dealership Address listed above. We are agreeing to sell to you and you are agreeing to buy from us the Vehicle at our licensed dealership location shown above, subject to the terms and conditions of this Agreement. We agree to transfer to you and you agree to accept title and ownership of the Vehicle in the state of the Dealership Address listed above. When we transfer title and ownership of the Vehicle to you, you may take delivery of the Vehicle from us at our licensed dealership location shown above or you may make arrangements with us to have the Vehicle transported to another mutually agreed-upon location for your pick-up.

| TRADE IN VEHICLE #1 | | | |
|---|---|---|---|
| Year N/A | Make N/A | Model N/A | Body N/A |
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |
| VIN # N/A | | | |

| TRADE IN VEHICLE #2 | | | |
|---|---|---|---|
| Year N/A | Make N/A | Model N/A | Body N/A |
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |
| VIN # N/A | | | |

___LZ___ Buyer's Initials

Date 08/13/2021   Phone 1-800-333-4554
Dealership CARVANA, LLC
Address 2183 HEBRON RD
City, State, Zip HEATH, OH 43056-1046
Stock Number 2001019691

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

LA INFORMACION QUE VE ADHERIDA EN LA VENTANILLA FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN ELLA PREVALECE POR SOBRE TODA OTRA DISPOSICION INCLUIDA EN EL CONTRATO DE COMPRAVENTA.

| | |
|---|---|
| Cash Selling price | $18,990.00 |
| Sales Tax | $1,139.40 |
| ID Registration Fee | $61.75 |
| Plate Fee | $7.50 |
| Title Fee | $14.00 |
| Emergency Medical Services Fee | $1.25 |
| State Police Fee | $3.00 |
| County Admin & Mail Fee | $10.00 |
| Inspection Fee | $5.00 |
| Delivery Fees | $599.00 |
| Subtotal | **$20,830.90** |
| Cash Down Payment | $1,600.00 |
| Total Down Payment (Cash Down Payment) | $1,600.00 |
| Balance Due (Subtotal - Total Down Payment) | $19,230.90 |
| **TOTAL BALANCE DUE** (BALANCE DUE + TRADE-IN BALANCE) | **$19,230.90** |

### FINANCE CHARGE
The dollar amount the credit will cost you

$ __15,039.71__

If financed, interest charged on the principal amount. See Retail Installment Contract for more information about any finance charge, insurance, and the terms of the payment of the balance due.

**NOTICE TO THE BUYER(S):** THE PAYOFF BALANCE REFERRED TO IN ESTIMATED PAY-OFF AND THE FEES REFERRED TO IN THE ABOVE LINE ITEMS ARE ESTIMATES. AT THE TIME THE BALANCES AND FEES ARE VERIFIED AND CONTRACT DETERMINED, APPROPRIATE ADJUSTMENTS, IF NECESSARY, WILL BE MADE. ANY DIFFERENCE IN THE PAYOFF AMOUNT IS THE RESPONSIBILITY OF THE BUYER(S).

Carvana Vehicle Return Program

We will give you the ability to return the Vehicle to Carvana and terminate this retail purchase agreement and any retail installment contract executed in connection herewith so long as:

1. You have not returned, exchanged, or swapped more than two (2) prior Vehicles to Carvana in connection with any Retail Purchase Agreements or Retail Installment Contracts associated with this transaction.
    i. If you have returned, exchanged, or swapped two (2) prior Vehicles in connection with this transaction, you will be given a one-time opportunity to decline or accept the third and final Vehicle either during the delivery or pick-up appointment unless otherwise approved by Carvana.

2. You alert Carvana by phone, text, email, or chat prior to 8pm EST on the 7th calendar day after you take delivery of the Vehicle. The day your Vehicle is delivered, regardless of delivery time, will count as the first day of your seven (7) day test own;

3. You return the Vehicle in one of two ways:
    i. Within a Carvana service area: you make the Vehicle available for pick up by a Carvana representative at a predetermined time and location the following business day. Cost of pickup will be paid by Carvana. Service area is designated by zip code and subject to change without prior notice.
    ii. Outside of a Carvana service area: Carvana will arrange for transport of the Vehicle. The cost will be paid by you. Service area is designated by zip code and subject to change without prior notice.

4. The Vehicle is free of all liens and encumbrances other than the lien created in your favor by any applicable retail installment contract executed between you and Carvana;

5. The Vehicle is in the same condition you received it except for reasonable wear and tear (evidence of smoking in the Vehicle during the 7 Day Test Own is not considered reasonable wear and tear) and any mechanical problem that becomes evident after delivery that was not caused by you;

6. You have not driven it more than 400 miles;

7. The Vehicle is without damage or having been in an accident that occurred after you took delivery of the Vehicle;

8. If the Vehicle is driven more than 400 miles, at Carvana's election you will pay $1.00 per mile for each mile the Vehicle was driven over 400 miles. If you return your Vehicle and had traded in a vehicle to us, we will return your trade to you only after you have paid all fees required for the return of the Vehicle. Required fees may not be paid by personal check. Required fees will be deducted from your down payment refund. If you paid your down payment via ACH transaction, we will pay you and/ or return your trade in by the earlier of (a) when you provide evidence that the ACH transaction was cleared, or (b) 15 business days after your purchase of the Vehicle. So long as you meet all conditions for return of the Vehicle outlined above, Carvana will not report this account to the credit bureaus.

9. Any Trade-In vehicles with current liens which are involved in this transaction will be paid off once sale is complete and after the test own period ends. You should continue to make payments on liens if payment is due within your test own period. The lien holder of the Trade-In vehicle will reimburse you for any over-payment after the transaction is complete.

**Trade in Representation and Warranty:** You represent and warrant that the trade-in described in the Buyer's order/Purchase Agreement, if any, has not been misrepresented and air pollution equipment is on the trade-in and is working, you will provide to us a Certificate of Title (or documents that allow us to obtain it), free of any lien(s) or encumbrance(s), (i.e. titling issues, child support or amounts due to government titling or registration agency,) and you have the right to sell the trade-in.

**General:** At time of delivery, or at any time during your 7 Day Test Own period, you may reject your vehicle and terminate your vehicle financing and purchase for any reason.

In certain states, dealers may not place any insignia that advertises the dealer's name on a vehicle unless the Buyer consents thereto in the purchase contract for such vehicle. Unless Buyer notifies dealer otherwise in writing, Buyer hereby expressly consents to the placement of Carvana's name on the vehicle's license plate cover. Buyer expressly waives any compensation for the placement of dealer's name on the vehicle.

**Default:** You will be in default if any of the following occurs (except as may be prohibited by law): 1. You gave us false or misleading information on carvana.com or on the telephone, via email or text message, in person, or any other communication medium in connection with the purchase of the Vehicle relating to this Agreement; 2. If we cannot verify any information that you have provided us; 3. If we discover a material adverse change in any information you provided us during our review process; 4. If you do not cooperate in the verification and review process described below; 5. You fail to keep any other agreement or promise you made in this Agreement and/or any retail installment contract executed in connection herewith.

**Assignment:** You may not assign your rights under this Agreement and/or any retail installment contract executed in connection herewith without our permission.

EXHIBIT C - 2

After-sale Review and Verification Process: The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You agree to cooperate with the after-sale review and verification process.

Limitation on Damages: Unless prohibited by law, you shall not be entitled to recover from us any consequential, incidental or punitive damages, damages to property or damages for loss of use, loss of time, loss of profits, or income or any other similar damages. We are not liable for any failure or delay in delivering the vehicle to you if it is beyond our control, not our fault or we are not negligent.

References: To the extent you are financing your purchase with us, we may contact your employer or your references to verify the information you provided to us in connection with this Agreement.

Odometer (mileage): Each of your and our representations regarding odometer readings are subject to information provided by others, including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

Disclosure on Airbags: We disclaim any knowledge of, and make no representation or warranty as to the condition or operability of the airbag(s) on the vehicle unless otherwise disclosed to you on the Carfax Vehicle History Report. You acknowledge that we have not made any representations, oral or in writing, as to the condition or operability of the airbag(s), and you accept the vehicle without representation or warranty from us. You further acknowledge that you had the opportunity to have the airbag(s) checked by someone of your choice prior to the expiration of your 7 Day Test Own Period.

Liability Insurance: You understand that state law requires you to purchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Agreement. Your choice of insurance providers will not affect our decision to sell you the vehicle.

Record Retention: You agree that we may maintain documents and records related to the vehicle and the Agreement electronically, including, but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding related to the vehicle.

Arbitration Agreement: The arbitration agreement entered into between you and Dealer is incorporated by reference into and is part of this Agreement.

NOTICE:  Carvana, LLC allows you to finance applicable sales/use taxes assessed on ancillary products (vehicle service contract, GPS, GAP Coverage). Whether you finance your vehicle purchase or pay cash, if your vehicle is registered in the state where you purchased your vehicle, Carvana will remit the applicable sales/use tax on ancillary products to that state on your behalf. Unless required by state law, if your vehicle is registered in a state that is not the state where you purchased the vehicle, Carvana will not collect or remit to the state of vehicle registration any applicable sales/use tax on ancillary products on your behalf unless you live in Kansas, Louisiana, or Pennsylvania.

Buyer acknowledges receipt of a copy of this Agreement. This agreement supersedes any oral agreements or understandings. The agreement cannot be modified except by a written agreement signed by all of the parties. This agreement is not binding until accepted by an authorized representative of Carvana.

Buyer _____*Lolita Ziegler*_____
Lolita Mae Ziegler

Accepted By _____
Carvana

EXHIBIT C - 3



**Your Safety • Your Mobility
Your Economic Opportunity**

**IDAHO TRANSPORTATION DEPARTMENT**
P.O. Box 7129 • Boise ID 83707-1129
(208) 334-8000 • itd.idaho.gov

**POCATELLO LAW**
1335 E CENTER ST
POCATELLO                ID    83201-4737

November 17, 2021

## MOTOR VEHICLE RECORD

RE: Current Title

This is the motor vehicle record you requested. If you need further information, please contact the Idaho Transportation Department, Motor Vehicle Records desk, at (208) 334-8663 or DMVHelp@itd.idaho.gov.

### Owner Information

| Owners | Conjunction | Address |
|---|---|---|
| LOLITA MAE ZIEGLER | | 6799 E PANORAMA DR , IDAHO FALLS, ID, 83401-5825 |
| | | |
| | | |

### Title Information

| TITLE NUMBER | TITLE STATUS | ISSUE DATE | PRINTED DATE | APPLICATION DATE |
|---|---|---|---|---|
| 210749821 | ISSUED | 09/29/2021 | | 09/29/2021 |
| PRIMARY LIENHOLDER NAME | | ADDRESS | | |
| CARVANA LLC | | NOT ON FILE | | |
| OTHER LIENHOLDERS | NO | ,BOISE ,ID ,83703 | | |

### Vehicle Information

| VIN 1 | VIN 2 | VIN 3 |
|---|---|---|
| 1C4PJMDS9GW164451 | | |

| YEAR | MAKE | MODEL | BODY | COLOR | BRAND |
|---|---|---|---|---|---|
| 2016 | JEEP | CHEROKEE | LL | WHITE | |

| WEIGHT | LENGTH | WIDTH | ODOMETER | ODOMETER STATUS | ODOMETER DATE |
|---|---|---|---|---|---|
| 3953 | | | 96979 | ACTUAL | |
| RELEASE OF LIABILITY | | | NO | TAX PAID | YES |

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and vehicle records to unauthorized parties, without express written consent of the individual to whom the information pertains to. As an authorized requester, you may receive this information, but you may not release or resell it.

MVR Title                    1\1                    EXHIBIT D - 1



**MOTOR VEHICLE COPY**

IDAHO TRANSPORTATION DEPARTMENT
VEHICLE SERVICES
P.O. BOX 7129
BOISE, ID 83707-1129
ITD 3339(3) (Rev. 05-16)

1C4PJMDS9GW164451

### APPLICATION FOR CERTIFICATE OF TITLE

**APPLICANT SIGNATURE**

I, the undersigned, certify that the vehicle/vessel described below is owned by me, and this vehicle/vessel will not be the subject of lien prior to receipt of the title unless indicated below. I further certify under penalty of law that all information contained herein is true and correct to the best of my knowledge and belief (I.C. 49-518). I hereby make application for a certificate of title for said vehicle/vessel, and authorize the new title to be issued in the name(s) shown in section 2. If I am applying for a duplicate title, it is because the original has been lost unless otherwise indicated:

The signature below is my true and legal signature.

☐ Illegible     ☐ Mutilated (Please Attach)

X _See attached_   X _____

Daytime Phone# _____
Email _____

**THIS IS NOT A CERTIFICATE OF TITLE**

Type of Application: Idaho Title - OOS Dealer
Application Date: 09/29/2021

**Section 1 Vehicle/Vessel Description**

| Title Number | Vehicle/Hull Identification Number |
|---|---|
| | 1C4PJMDS9GW164451 |
| Previous State Title Number | Vehicle/Hull Identification Number |
| 4304100723 | |

| Year | Make | Body Type | Model |
|---|---|---|---|
| 2016 | JEEP | LL | CHK |

| Weight | Length | Color Top / Bottom | Fuel Type |
|---|---|---|---|
| 3953 | | WHITE | Flexible |

| Width | Hull | Horsepower | Propulsion |
|---|---|---|---|
| | | | |

| Odometer Reading | Odometer Status | Odometer Reading Date |
|---|---|---|
| 96979 | Actual | 08/13/2021 |

**Section 4 Agency and Sales Tax Information**

| Dealer Number | Seller's Permit Number | Agency Type |
|---|---|---|
| | | County |

Tax Exemption | Purchase Date: 08/13/2021

Gross Sales Price: $19589.00
Trade - In Allowance: $0.00
Net Sales Price: $19589.00
Tax Collected: $0.00
Tax Due: $1175.34

| Trade In | Year | Make | Model |
|---|---|---|---|

Other Tax Information

Agency Name: BONNEVILLE VEHICLE    Dealer Control#

I have witnessed the signature(s) of the person(s) signing this application.

X _____

| Branding State | Brand | Brand Date | Expiration Date |
|---|---|---|---|

**Section 2 Purchaser - Owner**

Purchaser - Owner Name and Address
LOLITA MAE ZIEGLER

Physical Address:
6799 E PANORAMA DR
IDAHO FALLS
ID 83401-5825

Mailing Address:

| Fees Paid | Amount |
|---|---|
| TITLE ISSUANCE GROUP | $0.00 |
| COUNTY TITLE FEE (CEF) | $3.00 |
| TITLE ISSUANCE (SHA) | $11.00 |
| SALES TAX | $1175.34 |
| TITLE LATE FILING PENALTY | $20.00 |
| Total | $1209.34 |

**Section 3 LienHolder**

Primary Lien Holder
CARVANA LLC
PO BOX 29002
PHOENIX
AZ 85038-9002
Recorded Date: 09/29/2021

Secondary Lien Holder

Recorded Date:

FORM 1338

La - Da    EXHIBIT D - 2

# Application for Certificate of Title
## Idaho Transportation Department

ITD 3337 (Rev 03-16)
itd.idaho.gov

Before starting form, see instructions on Page 2.

## Section 1 — Vehicle/Vessel Description

- Previous Idaho Title Number:
- 1st Vehicle or Hull Identification Number (VIN or HIN): 1C4PJMDS9GW164451
- 2nd VIN If Assigned:
- Year: 2016
- Make: Jeep
- Body Type: SUV
- Model: Cherokee
- Description:
- Color (Primary/Secondary): White
- Fuel Type: Gas
- Wheel Base:
- Weight:
- Length:
- Width:
- Hull Material:
- Horsepower:
- Propulsion:
- Odometer Reading (no tenths): 66979 ☑ Mi ☐ Km
- Odometer Status: ☑ Actual ☐ Not Actual ☐ Exempt ☐ In Excess ☐ No Device
- Reading Date: 8/13/2021
- Previous State:
- Previous State Brand: ☐ Rebuilt Salvage ☐ Reconstruct ☐ Repaired ☐ Other
- Previous State Title No.:

## Section 2 — Purchaser – Owner

- Owner #1 Full Legal Name: Ziegler, Lolita Mae
- Owner's Legal Physical Address: 6799 E Panorama Dr
- City: Idaho Falls
- State: ID
- Zip+4: 83401

## Section 3 — Lienholder

- Primary Lienholder Name: Carvana, LLC
- Mailing Address: PO Box 29002
- City: Phoenix
- State: AZ
- Zip+4: 85038-9002

## Section 4 — Sale Information

- Gross Sales Price: $18,990.00
- Net Idaho Sales Tax Due: $1,139.40
- Net Idaho Sales Tax Collected: $1,139.40

## Section 5 — Agency/Dealer

- Agency/Dealer Name: Carvana, LLC.
- Authorized Representative's Name Printed: Tanhia Mendoza
- Agency/Dealer Address: 2183 HEBRON RD
- City: HEATH
- State: OH
- Zip Code: 43056
- Authorized Signature: X [signed]
- Date: 8/13/21

## Section 6 — Fees Paid

- ☐ Title Fee: $14.00
- ☐ Sales Tax: $
- ☐ Rush Fee (Optional) - Additional $26.00: $
- Total Fees: $

## Section 7 — Signature(s)

- Applicant's Signature: X Lolita Ziegler
- Daytime Phone Number: 208-407-9464
- Date: 8/13/21

Page 1 of 2

EXHIBIT D-3