UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: | Case No. 21-40587-JMM |
| JOSEPH ADAM ZIEGLER, and LOLITA MAE ZIEGLER, | Chapter 7 |
| Debtors. | |
| R. SAM HOPKINS, TRUSTEE, | Adversary Case No. 21-08034-JMM |
| Plaintiff, | |
| vs. | |
| CARVANA, LLC, an Arizona limited liability company, | |
| Defendant. | |

**ORDER SEALING DOCUMENT**

THIS MATTER come before the Court upon the Plaintiff's Motion to Seal Document (Document No. 4). *It appears that the Plaintiff has already filed an amended complaint containing the proper redactions and* upon review of the motion and for good cause shown,

IT IS HEREBY ORDERED THAT the motion is granted and the Complaint (Docket No. 1) shall be sealed by the Court.



DATED: December 9, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court added the words in *italics* to the proposed order submitted by counsel

Submitted by: Thomas D. Smith
Attorney for R. Sam Hopkins, Trustee