# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–4 | User: admin | Date Created: 12/9/2021 |
| Case: 21–08034–JMM | Form ID: pdf115 | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| ust | US Trustee | Washington Group Central Plaza | 720 Park Blvd, Ste 220 | Boise, ID 83712 |
| ust | Melinda Willden | Department of Justice | Office of the United States Trustee | 405 South Main Street, Suite 300 Salt Lake City, UT 84111 |
| ust | Peter Kuhn | United States Department of Justice | 405 South Main Street, Suite 300 | Salt Lake City, UT 84111 |
| ust | John T Morgan | Office of United States Trustee | Washington Federal Bank Building | 405 South Main Street, Suite 300 Salt Lake City, UT 84111 |
| ust | Jerad Crawford | United States Trustee's Office | 550 W. Fort Street Suite 698 | Boise, ID 83724 |
| ust | Jim Files | Office of the United States Trustee | 405 E. 8th Ave., Suite 1100 | Eugene, OR 97401 |
| ust | Kenneth Harris | DOJ–Ust C/O Johnson, Linda | 441 G Street, N.W., Suite 6150 . | Washington, DC 20530 |
| ust | Janet Marie King | Office of the United States Trustee | 405 East 8th Avenue Suite 1100 | Eugene, OR 97401 |
| ust | Carey A Tompkins | US Trustee | 920 West Riverside Ave, Suite 593 | Spokane, WA 99201 |
| ust | jfiles1 Office of the U.S. Trustee | Office of the U.S. Trustee | 405 E. 8th Avenue Suite 1100 | Eugene, OR 97401 |
| ust | Jeannette Anne Henley | DOJ–Ust | 550 West Fort St., Suite 698 | Boise, ID 83724 |
| ust | Jerad Crawford | 550 W. Fort St. | Ste 698 | Boise, ID 83724 |

TOTAL: 12