UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In the Matter of:                                    )    Case No. 21-40587-JMM
                                                     )
JOSEPH ADAM ZIEGLER, and                             )    Chapter 7
LOLITA MAE ZIEGLER,                                  )
                                                     )
        Debtors.                                     )
                                                     )
_____                      )
                                                     )
R. SAM HOPKINS, TRUSTEE,                              )    Adversary Case No.  21-08034-JMM
                                                     )
        Plaintiff,                                   )
                                                     )
vs.                                                  )
                                                     )
CARVANA, LLC, an Arizona limited liability           )
company,                                             )
                                                     )
        Defendant.                                   )
_____                      )

## ORDER SEALING DOCUMENT

THIS MATTER come before the Court upon the Plaintiff's Motion to Seal Document (Document No. 4). *It appears that the Plaintiff has already filed an amended complaint containing the proper redactions and* upon review of the motion and for good cause shown,

IT IS HEREBY ORDERED THAT the motion is granted and the Complaint (Docket No. 1) shall be sealed by the Court.

DATED:  December 9, 2021



_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court added the words in *italics* to the proposed order submitted by counsel

Submitted by: Thomas D. Smith
Attorney for R. Sam Hopkins, Trustee

United States Bankruptcy Court

District of Idaho

Hopkins,

    Plaintiff

Adv. Proc. No. 21-08034-JMM

Carvana, LLC, an Arizona limited liabili,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0976-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: pdf115 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Carey A Tompkins, US Trustee, 920 West Riverside Ave, Suite 593, Spokane, WA 99201-1012 |
| ust | + | Janet Marie King, Office of the United States Trustee, 405 East 8th Avenue, Suite 1100, Eugene, OR 97401-2728 |
| ust | + | Jeannette Anne Henley, DOJ-Ust, 550 West Fort St., Suite 698, Boise, ID 83724-0101 |
| ust | + | Jerad Crawford, 550 W. Fort St., Ste 698, Boise, ID 83724-0101 |
| ust | + | Jerad Crawford, United States Trustee's Office, 550 W. Fort Street, Suite 698, Boise, ID 83724-0101 |
| ust | + | Jim Files, Office of the United States Trustee, 405 E. 8th Ave., Suite 1100, Eugene, OR 97401-2728 |
| ust | + | Kenneth Harris, DOJ-Ust, C/O Johnson, Linda, 441 G Street, N.W., Suite 6150, . Washington, DC 20530-0001 |
| ust | + | Melinda Willden, Department of Justice, Office of the United States Trustee, 405 South Main Street, Suite 300, Salt Lake City, UT 84111-3402 |
| ust | + | jfiles1 Office of the U.S. Trustee, Office of the U.S. Trustee, 405 E. 8th Avenue, Suite 1100, Eugene, OR 97401-2728 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion19.sk.ecf@usdoj.gov | Dec 09 2021 22:27:00 | John T Morgan, Office of United States Trustee, Washington Federal Bank Building, 405 South Main Street, Suite 300, Salt Lake City, UT 84111-3402 |
| ust | + | Email/Text: ustpregion19.sk.ecf@usdoj.gov | Dec 09 2021 22:27:00 | Peter Kuhn, United States Department of Justice, 405 South Main Street, Suite 300, Salt Lake City, UT 84111-3402 |
| ust | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Dec 09 2021 22:27:00 | US Trustee, Washington Group Central Plaza, 720 Park Blvd, Ste 220, Boise, ID 83712-7785 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0976-4                         User: admin                                Page 2 of 2
Date Rcvd: Dec 09, 2021                      Form ID: pdf115                            Total Noticed: 12

Date: Dec 11, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| R. Sam Hopkins | samhopkins@rsh7trustee.com  ID13@ecfcbis.com |
| Thomas Daniel Smith | on behalf of Plaintiff R. Sam Hopkins tom@pocatello-law.com |

TOTAL: 2