Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho 83205-6009
Telephone: (208) 232-4471
Email: tom@pocatello-law.com

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: | Case No. 21-40587-JMM |
| JOSEPH ADAM ZIEGLER, and LOLITA MAE ZIEGLER, | Chapter 7 |
| Debtors. | |
| R. SAM HOPKINS, TRUSTEE, | Adversary Case No. 21-08034-JMM |
| Plaintiff, | |
| vs. | |
| CARVANA, LLC, an Arizona limited liability company, | |
| Defendant. | |

## STIPULATION

COMES NOW the Plaintiff, R. Sam Hopkins, Trustee, through his attorneys, and the Defendant, Carvana, LLC, through its attorneys, and agree as follows:

1. On August 12, 2021, Debtor Joseph Ziegler purchased and took possession of a 2015 Toyota Prius (VIN JTDKN3DUXF1908726) ("Toyota") from the Defendant. The sale was financed by the Defendant.

STIPULATION - 1

2. On August 13, 2021, Lolita Ziegler purchased and took possession of a 2016 Jeep Cherokee (VIN 1C4PJMDS9GW164451) from the Defendant. The sale was financed by the Defendant.

3. On September 13, 2021, an application for a certificate of title for the Toyota was filed with the Idaho Transportation Department ("ITD"). ITD issued a certificate of title for the Toyota on the same date which lists Joseph Ziegler as the owner and the Defendant as a lienholder.

4. On September 29, 2021, an application for a certificate of title for the Jeep was filed with ITD. ITD issued a certificate of title for the Jeep on the same date which lists Lolita Ziegler as the owner and the Defendant as a lienholder.

5. On December 6, 2021, the Plaintiff initiated this adversary proceeding to seek a judgment avoiding the Defendant's liens on the Toyota and the Jeep pursuant to 11 U.S.C. § 547(b) as preferential transfers.

6. The Debtors surrendered the Toyota and the Jeep to the Defendant, and they are currently being held at Manheim Utah, 1650 West 500 South, Woods Cross, Utah 84087.

7. The Plaintiff and the Defendant agree that the Court may enter the Judgment attached as Exhibit A to order the surrender of the vehicles to the Trustee, and to release the Defendant's liens on the vehicles.

8. Pursuant to Rule 3002(c)(3), Federal Rules of Bankruptcy Procedure, the Defendant shall be entitled to file a proof of claim to assert an unsecured claim for the amount due on the loans from the Defendant to purchase the Toyota and the Jeep within thirty days from when the Court enters the attached Judgment.

9. Each party shall be responsible for their own costs and attorney fees in this proceeding.

**STIPULATION - 2**

SPINNER, WOOD & SMITH

Attorneys for Plaintiff R. Sam Hopkins, Trustee

By:/s/ _____  4/25/2022
Thomas D. Smith                          Date

IDEA LAW GROUP
Attorney for Defendant Carvana, LLC

By:/s/ _____  4/22/2022
~~Charles Kennon~~                        Date
William Bishop
ISB # 7242

STIPULATION - 3

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: ) | Case No. 21-40587-JMM |
| ) | |
| JOSEPH ADAM ZIEGLER, and ) | Chapter 7 |
| LOLITA MAE ZIEGLER, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| R. SAM HOPKINS, TRUSTEE, ) | Adversary Case No. 21-08034-JMM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CARVANA, LLC, an Arizona limited liability ) | |
| company, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

JUDGMENT IS ENTERED AS FOLLOWS:

1. The Defendant's lien on the 2015 Toyota Prius (VIN JTDKN3DUXF1908726) ("Toyota") is avoided.

2. The Defendant's lien on the 2016 Jeep Cherokee (VIN 1C4PJMDS9GW164451) is avoided.

3. The Idaho Transportation Department shall issue new certificates of title for the Toyota and Jeep that do not list the Defendant's liens.

4. The Defendant shall surrender the Toyota and the Jeep to the Plaintiff at Manheim Utah, 1650 West 500 South, Woods Cross, Utah 84087.

## EXHIBIT A

5. Pursuant to Rule 3002(c)(3), Federal Rules of Bankruptcy Procedure, the Defendant shall be entitled to file a proof of claim to assert an unsecured claim for the amount due on the loans from the Defendant to purchase the Toyota and the Jeep within thirty days from the date this Judgment is entered.

//end of text//

Submitted by: Thomas D. Smith
Attorney for Plaintiff R. Sam Hopkins, Trustee

**EXHIBIT A**